# Court of Appeals
# of the State of Georgia

ATLANTA, <u>November 15, 2012</u>

*The Court of Appeals hereby passes the following order:*

**A13A0519.  STEVE MIZE v. FIRST CITIZENS BANK et al.**

First Citizens Bank & Trust Company filed a dispossessory action against Steve Mize in superior court.  By order entered July 30, 2012, the superior court granted summary judgment to the bank and directed that Mize be removed from the property.  On August 13, 2012, Mize filed a notice of appeal to this Court.

Pursuant to OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See also *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Mize failed to file a timely notice of appeal, we lack jurisdiction.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* <u>11/15/2012</u>
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*